COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Caylon Johnson v. The State of Texas

Appellate case number:    01-13-00833-CR; 01-13-00834-CR

Trial court case number:  1338720, 1338721

Trial court:              174th District Court of Harris County

On March 10, 2015, this case was abated and remanded to the trial court to determine whether appellant wished to prosecute these appeals and, if so, whether appellant's retained counsel has abandoned the appeals. On April 24, 2015, the trial court held a hearing on our abatement order. The reporter's record of the abatement hearing indicates that appellant and his counsel stated on the record in open court that appellant no longer wishes to prosecute these appeals. Accordingly, on May 5, 2015, the trial court entered its Findings of Fact and Conclusions of Law finding that appellant no longer desires to prosecute the appeals.

We REINSTATE these cases on the Court's active docket. The cases will be set for submission and considered without briefs. *See* TEX. R. APP. P. 38.8(b)(4) ("If the trial court has found that the appellant no longer desires to prosecute the appeal . . . the appellate court may consider the appeal without briefs, as justice may require." ); *see also Ayala v. State*, No. 01-13-00393-CR, 2015 WL 161788, at *1 (Tex. App.—Houston [1st Dist.] Jan. 13, 2015, no pet.); *Compian v. State*, No. 01-08-00034-CR, 2010 WL 3220644, at *2 (Tex. App.—Houston [1st Dist.] Aug. 12, 2010, no pet.).

It is so ORDERED.

Judge's signature: /s/ <u>Jane Bland</u>
                   ☒  Acting individually

Date:  June 11, 2015